**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-02011-CBS

KAISER FRONTIER MIDSTREAM, LLC, an Oklahoma limited liability company,

      Plaintiff,

v.

LAZY D GRAZING ASSOCIATION, a corporation duly organized and existing under and by virtue of the laws of the State of Colorado,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Stipulation To Dismiss with Prejudice** [#12][1] filed December 2, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation To Dismiss with Prejudice** is approved; and

      2.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

      Dated December 3, 2015, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                    */s/ Robert E. Blackburn*
                                                    Robert E. Blackburn
                                                   United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.